**Opinion issued July 23, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-15-00551-CV

————————————

## IN RE CAMP LA JUNTA 1928, LP, BLAKE SMITH, CAMP LA JUNTA, INC., AND CLJ MANAGEMENT SYSTEMS, L.L.C., Relators

———

### Original Proceeding on Petition for Writ of Mandamus

———

### MEMORANDUM OPINION

By petition for writ of mandamus, relators, Camp La Junta 1928, LP, Blake Smith, Camp La Junta, Inc., and CLJ Management Systems, L.L.C., seek mandamus relief from the trial court's May 29, 2015 order denying their Amended Motion for Appointment of Guardian Ad Litem.[1]

---

[1] The underlying case is *Johnny Doe, by and Through his Parents, John Doe and Jane Doe v. Camp LaJunta 1928, LP., and Blake Smith*, No. 2012-31192, pending

We **DENY** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.

---

in the 333rd District Court of Harris County, the Hon. Joseph "Tad" Halbach, presiding.